UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 22, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| Kirk Mackey, | § |
| Plaintiff, | § § § |
| versus | §     Civil Action H-22-1111 |
| Southbound Ventures, LLC, | § § § |
| Defendant. | § |

## Final Dismissal

1. Neither party having moved for reinstatement, the case is dismissed with prejudice.

2. The court retains the jurisdiction to enforce the settlement.

Signed on August **22**, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge